# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:24-cv-00170-MR-WCM

| | | |
|---|---|---|
| CHRISTOPHER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRIUMPH MOTORCYCLES (AMERICA) | ) | |
| LIMITED a/k/a TRIUMPH | ) | |
| MOTORCYCLES AMERICA LIMITED; and | ) | |
| TRIUMPH MOTORCYCLES LIMITED a/k/a | ) | |
| TRIUMPH MOTORCYCLES LTD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Jamie Durrett. The Motion indicates that Ms. Durrett, a member in good standing of the Bar of this Court, is local counsel for Defendant Triumph Motorcycles (America) Limited and that she seeks the admission of Justin Shireman, who the Motion represents as being a member in good standing of the Bar of Massachusetts. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Justin Shireman to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 30, 2024

W. Carleton Metcalf
United States Magistrate Judge