IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00170-MR-WCM

| | | |
|---|---|---|
| CHRISTOPHER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TRIUMPH MOTORCYCLES (AMERICA) | ) | |
| LIMITED a/k/a TRIUMPH | ) | |
| MOTORCYCLES AMERICA LIMITED; and | ) | |
| TRIUMPH MOTORCYCLES LIMITED a/k/a | ) | |
| TRIUMPH MOTORCYCLES LTD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Motions for Admission *Pro Hac Vice* and Affidavits (Docs. 15, 16).

The Motions are granted in part and denied in part as moot.

As Justin Shireman and Philip Quaranta have previously been admitted *pro hac vice* in this matter on behalf of Defendant Triumph Motorcycles (America) Limited (Docs. 9, 10), additional requests that they be admitted *pro hac vice* are unnecessary. However, their appearance now for the additional

1

Defendant, Triumph Motorcycles Limited, is noted and the Clerk is respectfully directed to amend the docket accordingly.

It is so ordered.

Signed: August 5, 2024

W. Carleton Metcalf
United States Magistrate Judge