# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:24-cv-00170-MR-WCM

|  |  |  |
|---|---|---|
| CHRISTOPHER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRIUMPH MOTORCYCLES (AMERICA) | ) | |
| LIMITED a/k/a TRIUMPH | ) | |
| MOTORCYCLES AMERICA LIMITED; and | ) | |
| TRIUMPH MOTORCYCLES LIMITED a/k/a | ) | |
| TRIUMPH MOTORCYCLES LTD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 21) filed by Robert Jenkins. The Motion indicates that Mr. Jenkins, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Christopher Davis and that he seeks the admission of Robert Conklin, who the Motion represents as being a member in good standing of the Bar of Iowa. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 21) and **ADMITS** Robert Conklin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 26, 2024

W. Carleton Metcalf
United States Magistrate Judge